UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs | § | CRIMINAL NO. M-05-006-01 |
| | § | |
| RICARDO ALANIZ aka Ricard Alaniz | § | |

### ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Ricardo Alaniz's oral Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's oral Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the unopposed oral Motion for Continuance of Defendant, Ricardo Alaniz, is hereby **GRANTED** and this case is continued for the reasons stated above.

It is further **ORDERED** that the Final Pretrial (previously set for June 6, 2005) in this case is hereby reset for July 29, at 9:30 a.m. and Jury Selection is hereby reset for August 2, 205, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

DONE this 6th day of June, 2005, at McAllen, Texas.

_____
Randy Crane
United States District Judge